1

**Sagheb Law & Mediation Services**, a professional corporation
S. Shane Sagheb (SBN 109878)

2

5950 Canoga Avenue, Suite 130
Woodland Hills, CA  91367

3

818.489.1511

shane@ssslams.com

4

Attorney for Plaintiff

5

Santosha Padfield

6

XAVIER BECERRA
Attorney General of California

7

GARY S. BALEKJIAN
Supervising Deputy Attorney General

8

CATHERINE E. FLORES (SBN 252240)
Deputy Attorney General

9

300 S. Spring Street, Suite 1702
Los Angeles, CA  90013

10

Tel:  (213) 269-6502
Fax:  (213) 897-1071

11

Email:  Catherine.Flores@doj.ca.gov

12

Attorneys for Defendant
Department of Consumer Affairs, Contractors State License Board

13

(Additional Counsel on next page)

14

15

16

**UNITED STATES DISTRICT COURT**

17

**CENTRAL DISTRICT OF CALIFORNIA**

18

19

SANTOSHA PADFIELD,                          )   Case No.:  2:18-cv-8358-CJC (PLAx)
                                            )

20

          Plaintiff,                        )   **JOINT NOTICE OF SETTLEMENT**
                                            )

21

     v.                                     )
                                            )

22

DEPARTMENT OF CONSUMER AFFAIRS, )
CONTRACTORS STATE LICENSE        )

23

BOARD, a California state agency; STEVEN )
SKOGEBO, an individual; and DOES 1-25, )

24

inclusive,                                  )
                                            )

25

          Defendants.                       )
                                            )

26

_____)

27

28

1

_____

**Joint Notice of Settlement**

1  CALVIN R. HOUSE (SBN 134902)
   BARUCH Y. KREIMAN (SBN 306328)
2  GUTIERREZ, PRECIADO & HOUSE, LLP
   3020 E. Colorado Boulevard
3  Pasadena, CA  91107
   Tel:  (626) 449-2300
4  Fax:  (626) 449-2330
   Email:  calvin.house@gphlawyers.com
5
   Attorneys for Defendant
6  Steven Skogebo

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

_____
**Joint Notice of Settlement**

1    Counsel are pleased to inform the Court that the parties have reached a settlement
2    of this action in its entirety.  The settlement is conditioned on approval and authorization,
3    as required under California law, including but not limited to California Government
4    Code section 948, from the California Department of Finance and/or the California State
5    Legislature.  The parties and their counsel will use reasonable efforts to make payment to
6    Plaintiff's counsel within ninety (90) days after execution of the settlement agreement
7    and related documents.  The parties request that the Court retain jurisdiction of this action
8    to enforce the terms of the settlement.

9

10   Date:  April 24, 2019                    SAGHEB LAW & MEDIATION SERVICES
11                                            A Professional Corporation

12
                                             /s/ *S. Shane Sagheb*_____
13                                           S. Shane Sagheb
                                             Attorney for Plaintiff
14                                           Santosha Padfield

15
16   Date:  April 24, 2019                    XAVIER BECERRA
                                             GARY S. BALEKJIAN
17                                           CATHERINE E. FLORES

18                                           /s/ *Catherine E. Flores*_____
19                                           Catherine E. Flores
                                             Attorneys for Defendant
20                                           Department of Consumer Affairs, Contractor State
                                             License Board
21

22   Date:  April 24, 2019                    GUTIERREZ, PRECIADO & HOUSE, LLP
23

24                                           /s/ *Calvin R. House*_____
                                             Calvin R. House
25                                           Attorney for Defendant
                                             Steven Skogebo
26

27

28

3